HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00076 |
| Plaintiff, | STATUS REPORT; STIPULATION TO CONTINUE REVIEW HEARING; [PROPOSED] ORDER |
| vs. | |
| DAVID MENDOZA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for David Mendoza, that the Court may continue the review hearing to July 2, 2024.

On August 4, 2023, this Court sentenced Mr. Mendoza for reckless driving, in violation of Cal. Vehic. Code § 23103(a) and 18 U.S.C. § 13.  ECF No. 13.  The Court imposed a twelve-month term of probation with an expiration date of August 1, 2024.  The Court ordered Mr. Mendoza to pay a fine of $500, a special assessment of $10, and restitution of $1,053, for a total financial penalty of $1,563.  In addition, the Court ordered Mr. Mendoza to enroll in and complete a wet reckless course.  A review hearing was set for May 7, 2024, at 10:00 AM.

Mr. Mendoza has paid his financial obligation in full.  He has enrolled in a wet reckless course and expects to provide proof of completion well before probation ends on August 1.

In light of his compliance on probation thus far, the parties request that this Court continue Mr. Mendoza's review hearing to July 2, 2024, with a status report to be filed seven days prior.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  April 30, 2024      /s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 30, 2024      /s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
DAVID MENDOZA

## O R D E R

**IT IS SO ORDERED.**  The review hearing scheduled for May 7, 2024, at 10 AM is continued to July 2, 2024, at 10 AM.  The defendant is ordered to file a status report seven days prior to the review hearing.

IT IS SO ORDERED.

Dated:  **May 1, 2024**

UNITED STATES MAGISTRATE JUDGE