HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00076 |
| Plaintiff, | STATUS REPORT; STIPULATION TO VACATE REVIEW HEARING; [PROPOSED] ORDER |
| vs. | |
| DAVID MENDOZA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for David Mendoza, that the Court may vacate the review hearing scheduled for July 2, 2024.

On August 4, 2023, this Court sentenced Mr. Mendoza for reckless driving, in violation of Cal. Vehic. Code § 23103(a) and 18 U.S.C. § 13.  ECF No. 13.  The Court imposed a twelve-month term of probation with an expiration date of August 1, 2024.  The Court ordered Mr. Mendoza to pay a fine of $500, a special assessment of $10, and restitution of $1,053, for a total financial penalty of $1,563.  In addition, the Court ordered Mr. Mendoza to enroll in and complete a wet reckless course.  A review hearing was set for May 7, 2024, at 10:00 AM, and was later continued to July 2, 2024.

//

Mr. Mendoza has now completed the terms of his probation. He has paid his financial obligation in full and has completed a wet reckless course.

In light of his completion of the terms of his probation, the parties request that this Court vacate Mr. Mendoza's review hearing scheduled for July 2, 2024.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 18, 2024        /s/ Chan Hee Chu
                           CHAN HEE CHU
                           Assistant United States Attorney
                           Attorney for Plaintiff

                           HEATHER E. WILLIAMS
                           Federal Defender

Date: June 18, 2024        /s/ Laura Myers
                           LAURA MYERS
                           Assistant Federal Defender
                           Attorney for Defendant
                           DAVID MENDOZA

**O R D E R**

**IT IS SO ORDERED.** The review hearing scheduled for July 2, 2024, at 10 AM, is hereby vacated.

DATED: June 20, 2024        _____
                            HONORABLE CHRISTOPHER D. BAKER
                            United States Magistrate Judge